FILED
2012 May-16 PM 02:24
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **JOSEPH HOLT, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION NO.** |
| **Vs.** | ) | |
| | ) | **2:12-cv-01150-LSC** |
| **JCJ-RALEIGH, LLC,** | ) | |
| | ) | **UNOPPOSED** |
| **Defendant.** | ) | |

## MOTION TO COMPEL ARBITRATION

Defendant, JCJ-Raleigh, LLC, ("JCJ-Raleigh") moves the Court to enter an order compelling the Plaintiff, Joseph Holt, Jr., ("Mr. Holt"), to engage in arbitration proceedings to which he mutually agreed with JCJ-Raleigh. In support of this motion, JCJ-Raleigh shows the court as follows:

1.     Mr. Holt began employment with JCJ-Raleigh on February 4, 2010. That same day, Mr. Holt executed a Mutual Agreement to Negotiate, Mediate and/or Arbitrate Claims ("ADR Agreement"). Mr. Holt does not dispute the authenticity of the ADR Agreement he signed or his signature on the ADR Agreement.

2.     This ADR Agreement provides in pertinent part:

1

MUTUAL AGREEMENT TO NEGOTIATE, MEDIATE, AND/OR ARBITRATE CLAIMS

I recognize that differences may arise between JCJ-Raleigh, L.L.C., (hereinafter "the Company") and me during or following my employment with the Company and that those differences may be related to my employment. I understand and agree that by entering into this Agreement to Negotiate, Mediate, and/or Arbitrate Claims (hereinafter "Agreement"), I anticipate gaining the benefits of a speedy, impartial dispute-resolution procedure.

SECTION VI: ARBITRATION

In the event the dispute is not resolved through mediation, either party may demand arbitration of the dispute or claim. A demand for arbitration must be made in writing and served on the persons designated in the notice provisions, above. Any demand for arbitration must be made within ninety (90) days of the written notice that further mediation efforts would not be useful. Except as otherwise provided in this Agreement; the Federal Arbitration Act shall govern the interpretation, enforcement and all arbitration proceedings conducted pursuant to this Agreement. To the extent that the Federal Arbitration Act either is inapplicable, or held not to require arbitration of a particular claim or claims, Alabama law pertaining to agreements to arbitrate shall apply.

3.    On or about September 16, 2010, Mr. Holt filed a Complaint asserting claims of sexual harassment by his manager and retaliation against JCJ-Raleigh related to job assignments and discharge.

4.    Under these allegations, Mr. Holt's claims asserting violations of Title VII can only arise from his employment status with JCJ-Raleigh. These claims, therefore, relate to his employment with JCJ-Raleigh and are subject to the ADR Agreement.

5.     The parties agree that the ADR Agreement executed by Mr.  Holt is a valid and enforceable contract.

6.     The parties further agree that the claims asserted by Mr. Holt in this cause are within the scope of the ADR Agreement.

7.     JCJ-Raleigh has not expressly waived, or engaged in any conduct that can deemed to have waived, its right to arbitration.

8.     Mr. Holt has not opposition to the Court's granting of this Motion.

WHEREFORE, PREMISES CONSIDERED, Defendant JCJ-Raleigh, LLC, moves this Court to enter an order (1) compelling Plaintiff Joseph Holt, Jr., to arbitrate his claims asserted in this cause under the terms of the ADR Agreement.

/s/ David B. Walston
David B. Walston

/s/ R. Jordan Wood
R. Jordan Wood

Attorneys for Defendant JCJ-Raleigh, LLC

3

**OF COUNSEL:**

CHRISTIAN & SMALL LLP
505 North 20th Street, Suite 1800
Birmingham, AL 35203-2696
Telephone:  (205) 795-6588
Facsimile:  (205) 328-7234
E-Mail:       dbwalston@csattorneys.com
                 rjwood@csattorneys.com

<b>CERTIFICATE OF SERVICE</b>

I certify that this document has been served on all counsel of record in accordance with the CM/ECF filing system on this the 16th day of May, 2012.

Adam M. Porter, Esq.
2301 Morris Avenue, Suite 102
Birmingham, Alabama 35203
Email: adamporter@earthlink.net

/s/  David B. Walston
OF COUNSEL