FILED
2012 May-17  AM 11:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOSEPH HOLT, JR.,                    ]
                                     ]
       Plaintiff,                    ]
                                     ]
vs.                                  ]   2:12-cv-01150-LSC
                                     ]
JCJ-RALEIGH, L.L.C.,                 ]
                                     ]
       Defendant.                    ]

ORDER

The Court has for consideration Defendant's Motion to Compel Arbitration, which was filed on May 16, 2012. (Doc. 7.) Defendant indicates the parties agree Plaintiff's claims are within the scope of a valid and enforceable arbitration agreement, and Plaintiff does not oppose the motion to compel. Accordingly, Defendant's motion to compel arbitration is GRANTED. This cause is hereby DISMISSED, without prejudice to either party filing an action to enforce the arbitration award and/or judgment in this matter. Costs are taxed as paid.

Done this 17th day of May 2012.

_____
L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
139297